UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DENISE PAYNE, individually,

    Plaintiff,

Case No.: 9:16-cv-81326-WPD

v.

GILO REALTY, L.L.C., a Florida limited liability company; and, SUNSHINE INTERNATIONAL MARKET, INC., d/b/a SUNSHINE FLEA MARKET OF WEST PALM BEACH, INC., a Florida corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendants hereby notify the Court that a settlement of the claim for injunctive relief sought by Plaintiff has been reached. The parties are in the process of preparing the appropriate settlement document(s) (expected within thirty (30) days of the date hereof) and will apprise the Court once executed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 28th day of April, 2017.

                              By: */s/ Danny Espinosa*
                                   Daniel Alberto Espinosa, Esq.
                                   Florida Bar No. 81686