UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81326-CIV-DIMITROULEAS

DENISE PAYNE, individually,

    Plaintiff,

vs.

GILO REALTY, L.L.C., a Florida limited liability
company; and, SUNSHINE INTERNATIONAL
MARKET, INC., d/b/a SUNSHINE FLEA MARKET
OF WEST PALM BEACH, INC., a Florida corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal [DE 52], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. Joint Stipulation of Dismissal [DE 52] is **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 7th day of June, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:
Counsel of record